UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-165(1)(JRT/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OMAR BEASLEY,

        Defendant.

**GOVERNMENT'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Deidre Y. Aanstad and Melinda A. Williams, Assistant United States Attorneys, hereby opposes defendant Omar Beasley's Motion for Change of Custody to Attend Funeral [1449].

Under 18 U.S.C. Section 3143(a), there is a presumption that a defendant who has pled guilty and is awaiting sentence shall be detained. Here, the defendant has pled guilty to a dangerous and serious offense and faces a significant prison term. Accordingly, while the government is not without sympathy for the defendant's loss, consistent with its position in a similar circumstance with another defendant in the above-referenced case, the government opposes the defendant's release.

Dated: May 20, 2016

                                    Respectfully Submitted,

                                    ANDREW M. LUGER
                                    United States Attorney

                                    */s/ Melinda A. Williams*

                                    BY: MELINDA A. WILLIAMS
                                    Assistant U.S. Attorney
                                    Attorney ID No. 491005DC