# UNITED STATES DISTRICT COURT
# District of Minnesota

United States of America,

        Plaintiff

v.

Omar Sharif Beasley

        Defendant.

Case No. 15-cr-165(1) JRT/LIB

**JUDGMENT IN A CRIMINAL CASE**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED THAT:**

    1. Defendant's Motion to Vacate Sentence under 28 U.S.C. § 2255 [Docket Nos. 2848, 2862, 2914, 2974 and 2975] is **DENIED**.

    2. To the extent that Defendant's Motion to Appoint Counsel [Docket No. 2887] was not already withdrawn, it is **DENIED** as moot.

    3. Defendant's Request to Submit Interrogatories [Docket Nos. 2976 and 2977] is **DENIED** as moot.

    4. The Court does **NOT** certify for appeal under 28 U.S.C. § 2253(c)(2) the issues raised in Defendant's motion.

Date: August 13, 2020          <u>KATE M. FOGARTY, CLERK</u>